| | |
|---|---|
| 1 | ASCENSION LAW GROUP |
| 2 | PAMELA TSAO( 266734) |
|   | 12341 Newport Ave., Suite B200 |
| 3 | North Tustin, CA 92705 |
|   | PH: 714.783.4220 |
| 4 | FAX: 888.505.1033 |
|   | Pamela.Tsao@ascensionlawgroup.com |
| 5 | |
|   | Attorneys for Plaintiff STEPHEN TURNER |
| 6 | |

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | STEPHEN TURNER, an individual, | Case No.: 8:23-cv-04883-WLH-AGR |
| 11 | Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| 12 | vs. | |
| 13 | TINISH, LLC, a limited liability company | |
| 14 | | |
| 15 | Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 8:23-CV-004883-WLH-AGR**

**PLEASE TAKE NOTICE** that Plaintiff STEPHEN TURNER ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant TINISH, LLC, a limited liability company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: December 4, 2023

     /s/ Pamela Tsao

Pamela Tsao, attorney for Plaintiff

Stephen Turner

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 8:23-CV-004883-WLH-AGR**